**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DAN RIVER HOLDINGS LLC, et al., | ) | Case No. 08-10726 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |
| Afroze Textiles, | ) | |
| | ) | Adv. Pro. No. 08-50616 (BLS) |
| Plaintiff | ) | |
| vs. | ) | |
| Dan River Holdings, LLC | ) | |
| Defendant | ) | |
| _____ | ) | |
| Bari Mills, | ) | |
| | ) | Adv. Pro. No. 08-50618 (BLS) |
| Plaintiff | ) | |
| vs. | ) | |
| Dan River Holdings, LLC, et al. | ) | |
| Defendant | ) | |
| _____ | ) | |
| Dalal Industries Pvt, Ltd., | ) | |
| | ) | Adv. Pro. No. 08-50621 (BLS) |
| Plaintiff | ) | |
| vs. | ) | |
| Dan River Holdings, LLC, et al. | ) | |
| Defendant | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| International Textile Ltd., | ) | |
| | ) | |
| Plaintiff | ) | Adv. Pro. No. 08-50622 (BLS) |
| | ) | |
| vs. | ) | |
| | ) | |
| Dan River Holdings, LLC, et al. | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |
| | ) | |
| KAM International, | ) | |
| | ) | |
| Plaintiff | ) | Adv. Pro. No. 08-50620 (BLS) |
| | ) | |
| vs. | ) | |
| | ) | |
| Dan River Holdings, LLC, et al. | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |
| | ) | |
| Liberty Mills Limited, | ) | |
| | ) | |
| Plaintiff | ) | Adv. Pro. No. 08-50624 (BLS) |
| | ) | |
| vs. | ) | |
| | ) | |
| Dan River Holdings, LLC, et al. | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |
| | ) | |
| Sajid Taxtile Industries Pvt, Ltd., | ) | |
| | ) | Adv. Pro. No. 08-50623 (BLS) |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Dan River Holdings, LLC, et al. | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| Towellers, Ltd. | ) | |
|  | ) | Adv. Pro. No. 08-50617 (BLS) |
|     Plaintiff | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
| Dan River Holdings, LLC, et al. | ) | |
|  | ) | |
|     Defendant | ) | |
| _____ | ) | |
|  | ) | |
| Yunus Textile Mills Ltd.. | ) | |
|  | ) | Adv. Pro. No. 08-50619 (BLS) |
|     Plaintiff | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
| Dan River Holdings, LLC, et al. | ) | |
|  | ) | |
|     Defendant | ) | |
| _____ | ) | |

**REPORT OF STATUS OF ADVERSARY
PROCEEDINGS AS OF FEBRUARY 28, 2011**

    Pursuant to the Court's request, Plaintiffs, Afroze Textiles, Bari Mills, Dalal Industries Pvt, Ltd., International Textile Ltd., KAM International, Liberty Mills Limited, Sajid Taxtile Industries Pvt, Ltd., Towellers, Ltd. and Yunus Textile Mills Ltd. (collectively, the "Plaintiffs"), by and through their undersigned counsel, hereby submits this report of the status, as of December 28, 2009, of the adversary proceedings commenced in association with the above-captioned Debtors' chapter 7 cases.

    The cases are categorized as follows:

    Status A -  Cases where service has not been completed.  **(NONE)**
    Status B -  Cases where service is complete but answers are still due.  **(NONE**)
    Status C -  Cases where service is complete but no answer has been filed and
            Plaintiff is requesting entry of default and default judgment. **(NONE)**

Status D - Cases which have been settled and Plaintiff is, or will be, seeking dismissal.

Status E - Cases which have been resolved/settled but Notice/Stipulation of Dismissal cannot be filed. (The expected date of dismissal is set forth.) **(NONE)**

Status F - Cases where service is complete, an answer has been filed and discovery/disclosures is underway. **(NONE)**

Status G - Cases for which a Notice of Selection of Mediator has been filed. **(NONE)**

Status H - Cases that are ready for trial. **(NONE)**

Status I - Cases for which dispositive motions are pending. **(NONE)**

Dated: February 28, 2011

Respectfully submitted,

**Womble Carlyle Sandridge & Rice, PLLC**

By: /s/ Michael G. Busenkell
Michael G. Busenkell (#3933)

222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
(302) 252-4324

Attorneys for the Plaintiffs

| Status of Adversary Proceeding as of February 28, 2011 ||||
|---|---|---|---|
| **DISPOSITIVE MOTIONS PENDING** ||||
| Case No. | Plaintiff v. Defendant | Cat. | Comments |
| 08-50616 | **Afroze Textiles v. Dan River Holdings, LLC, et al.** | D | Plaintiff's counsel will file a stipulation of dismissal. |
| 08-50618 | **Bari Mills v. Dan River Holdings, LLC, et al.** | D | Plaintiff's counsel will file a stipulation of dismissal. |
| 08-50623 | **Dalal Industries Pvt, Ltd. v. Dan River Holdings, LLC, et al.** | D | Plaintiff's counsel will file a stipulation of dismissal. |
| 08-50622 | **International Textile Ltd. v. Dan River Holdings, LLC, et al.** | D | Plaintiff's counsel will file a stipulation of dismissal. |
| 08-50620 | **KAM International v. Dan River Holdings, LLC, et al.** | D | Plaintiff's counsel will file a stipulation of dismissal. |
| 08-50624 | **Liberty Mills Limited v. Dan River Holdings, LLC, et al.** | D | Plaintiff's counsel will file a stipulation of dismissal. |

| | Status of Adversary Proceeding as of February 28, 2011 | | |
|---|---|---|---|
| | **DISPOSITIVE MOTIONS PENDING** | | |
| Case No. | Plaintiff v. Defendant | Cat. | Comments |
| 08-50623 | **Sajid Taxtile Industries Pvt, Ltd. v. Dan River Holdings, LLC, et al.** | D | Plaintiff's counsel will file a stipulation of dismissal. |
| 08-50617 | **Towellers, Ltd. v. Dan River Holdings, LLC, et al.** | D | Plaintiff's counsel will file a stipulation of dismissal. |
| 08-50619 | **Yunus Textile Mills Ltd. v. Dan River Holdings, LLC, et al.** | D | Plaintiff's counsel will file a stipulation of dismissal. |