# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | | |
|---|---|---|
| **In Re:** | ) | Case No.: 08–10726–BLS |
| Dan River Holdings LLC | ) | Chapter: 7 |
|     Debtor | ) | |
| _____ | ) | |
| Afroze Textiles | ) | |
| | ) | |
|     Plaintiff | ) | Adv. Proc. No.: 08–50616–BLS |
|     vs. | ) | |
| | ) | |
| Dan River Holdings, LLC, Dan River, Inc., Dan River Factory Stores, Inc., Dan River International Ltd., The Bibb Company LLC. | | |
|     Defendant | ) | |

### NOTICE AND ORDER OF REQUEST FOR STATUS REPORT

    IT IS HEREBY ORDERED that Plaintiff's Counsel file a Status Report within 21 days from the date of this order. Failure to do so may result in dismissal of the case, a mandatory court appearance to determine whether the case should be dismissed for lack of prosecution and/or whether sanctions should be imposed for failure to comply with this order.
    IT IS FURTHER ORDERED that the Status Report be filed in the lead bankruptcy case as well as in each Adversary Proceeding, using the attached form to categorize status,within 21 days of the date of this order.

Date:  3/16/12                                                                           /s/ Brendan Linehan Shannon
                                                                                                             **United States Bankruptcy Judge**
                                                                                                             **District of Delaware**

(VAN–417)

## **CATEGORIES FOR STATUS REPORT**

**Status A**

    List all cases where service has not been completed. Explain why service is incomplete and give the date when you expect to complete service.

**Status B**

    List all cases where service is complete, but answers are still due. Give answer due date.

**Status C**

    List all cases where service is complete, no answer has been filed, and are making motion or request for Default Judgment.

**Status D**

    List all adversary cases in which a Settlement Agreement has been filed with the Court. Include the Case Number and Docket Number of the Settlement Agreement in your written report. Upon Court verification of appropriate documentation, the listed cases will be dismissed and closed.

**Status E**

    List all cases where the adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed. Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

**Status F**

    List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosure.

**Status G**

    List all cases where a Mediator has been selected or appointed.

**Status H**

    List all cases that are ready for trial. You must contact chambers to obtain a trial date, time, and location prior to filing under Status H. Provide the estimated length of trial and schedule date and time.

**Status I**

    List all cases where there are dispositive motions pending. Provide dates when briefing is expected to be completed.

**Status J**

    List all cases which are stayed by the filing of another bankruptcy action affecting a party in this matter. A Suggestion of Bankruptcy should be filed in this case indicating the caption, case number, and venue of this other bankruptcy action.

**Status K**

    List all cases in which an Appeal is pending.

**INSTRUCTIONS:**

Counsel should prepare one Status Report which includes all adversary case numbers for which status is requested. This status report shall be filed in the lead bankruptcy case and in each individual adversary case.

To file the Status Report in the lead bankruptcy case, use the following CM/ECF menus:
**[Bankruptcy]>[Other]>[Status Report].**

To file the Status Report in the Adversary Proceedings, use the following CM/ECF menus: **[Adversary]>[Status Report].** If more than one case falls under a single status and shares the same due date, the Status Report may be multi−docketed in those cases by entering all of the applicable case numbers when prompted to do so in CM/ECF. For example, if three adversary cases fall under Status B and the answer due deadline is the same for all three cases, the Status Report may be filed in all three cases at once by choosing [Adversary]>[Status Reports], entering all three case numbers, then selecting [Status B]. Because you will be prompted for due dates during e−filing, if the answer due deadline was different for all three cases, only one case number would have been entered, and the steps would have to be repeated for each case.

**CERTIFICATE OF SERVICE**

I, Lisa M. Dunwody , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Notice and Order of Request for Status Report was made on the date listed below by Regular, first class United States mail, postage fully pre–paid, addressed to:

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 3/16/12

/s/ Lisa M. Dunwody
Signature